IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

MATTHEW J. DARLING,

                          Plaintiff,

            vs.                                        Civil Action No.
                                                       6:06-CV-1456 (DEP)

MICHAEL J. ASTRUE, Commissioner of
Social Security,[1]

                          Defendant.

_____

APPEARANCES:                          OF COUNSEL:


FOR PLAINTIFF

ANTONOWICZ LAW OFFICE                 PETER W. ANTONOWICZ, ESQ.
1300 Floyd Avenue
Rome, New York 13440-4600

FOR DEFENDANT

OFFICE OF GENERAL COUNSEL             KAREN G. FISZER, ESQ.
Social Security Administration
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID E. PEEBLES
U.S. MAGISTRATE JUDGE

_____

[1]      Plaintiff's complaint, which was filed on April 22, 2005, named Jo Anne
B. Barnhart, the former Commissioner of Social Security, as the defendant.  On
February 12, 2007, Michael J. Astrue took office as Social Security Commissioner.  He
has therefore been substituted as the named defendant in this matter pursuant to Rule
25(d)(1) of the Federal Rules of Civil Procedure, and no further action is required in
order to effectuate this change.  *See* 42 U.S.C. § 405(g).

ORDER

Currently pending in this action, in which plaintiff seeks judicial review of an adverse administrative determination by the Commissioner, pursuant to 42 U.S.C. § 405(g), are cross-motions for judgment on the pleadings.[2]  Oral argument was conducted in connection with those motions on February 28, 2008 during a telephone conference which was both digitally recorded, and at which a court reporter was also present.  At the close of argument I issued a bench decision in which, after applying the requisite deferential review standard, I found that the Commissioner's determination resulted from the application of proper legal principles and is supported by substantial evidence, providing further detail regarding my reasoning and addressing the specific issues raised by the plaintiff in his appeal.

After due deliberation, and based upon the court's oral bench decision, which is incorporated herein by reference, it is hereby

---

[2]      This matter, which is before me on consent of the parties pursuit to 28 U.S.C. § 636(c), has been treated in accordance with the procedures set forth in General Order No. 18 (formerly, General Order No. 43) which was issued by the Hon. Ralph W. Smith, Jr., Chief United States Magistrate Judge, on January 28, 1998, and subsequently amended and reissued by Chief District Judge Frederick J. Scullin, Jr., on September 12, 2003.  Under that General Order an action such as this is considered procedurally, once issue has been joined, as if cross-motions for judgment on the pleadings had been filed pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

ORDERED, as follows:

1)     Defendant's motion for judgment on the pleadings is GRANTED.

2)     The Commissioner's determination that plaintiff was not disabled at the relevant times, and thus is not entitled to benefits under the Social Security Act, is AFFIRMED.

3)     The clerk is directed to enter judgment, based upon this determination, dismissing plaintiff's complaint in its entirety.

David E. Peebles
U.S. Magistrate Judge

Dated:     March 4, 2008
           Syracuse, NY

-3-